UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br>JOSE A. BARRAZA-RAMIREZ,<br>  Defendant. | Case No. 3:03-cr-00209-ART-CLB<br><br>ORDER DENYING MOTION TO SEAL<br><br>(ECF No. 24) |

Defendant moves to seal this entire case (ECF No. 24). For the following reasons, the Court denies Defendant's motion.

There is a strong presumption in favor of public access to judicial filings and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). A party seeking to overcome this presumption must give "'compelling reasons supported by factual findings.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Defendant has not offered any reasons for why this case, or any documents in this case, should be sealed.

The Court therefore DENIES Defendant's motion (ECF No. 24).

DATED: February 20, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1